# MEMORANDUM DECISIONS

CAUSEY v. UNITED STATES.† (Circuit Court of Appeals, Fifth Circuit. April 12, 1913.) No. 2,420. Appeal from the District Court of the United States, for the Eastern District of Louisiana; Wm. I. Grubb, Judge. T. M. Miller and J. L. Bradford, both of New Orleans, La., for appellant. Charlton R. Beattie, U. S. Atty., of New Orleans, La. Before PARDEE and SHELBY, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. A majority of the judges are of opinion that the evidence submitted in the court below on the trial of this case fully justifies the finding that the appellant, in obtaining and perfecting his homestead entry, was guilty of such fraud as warrants the decree below vacating the patent. Affirmed.

COMMONWEALTH BANK OF BALTIMORE v. GILL et al. (Circuit Court of Appeals, Fourth Circuit. March 12, 1907.) No. 658. Appeal from the District Court of the United States for the District of Maryland. See, also, 137 Fed. 694. Robert Biggs and Edgar H. Gans, both of Baltimore, Md., for appellant. John E. Semmes and John Hinkley, both of Baltimore, Md., for appellees. Before GOFF and PRITCHARD, Circuit Judges, and WADDILL, District Judge.

PER CURIAM. We find no error in the order appealed from. Affirmed.

FISHEL–NESSLER CO. v. FISHEL & CO. et al. (Circuit Court of Appeals, Second Circuit. October 22, 1912.) Appeal from the District Court of the United States for the Southern District of New York. On motion for leave to file agreed statement of facts as record on appeal. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The record is returned to the District Court, with instructions to include therein the testimony offered by defendants attacking the validity of the patent.